IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| ROBERT HOSSFELD, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED, §§§§§§§§§§§ | |
| PLAINTIFF, | |
| V. | CAUSE NO. 1:22-CV-261-LY |
| ETN AMERICA INC. AND SHLOMI COHEN, | |
| DEFENDANTS. | |

### ORDER CLOSING CASE

Before the court is the above entitled cause. On October 10, 2022, Plaintiff filed a Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. #8). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _11th_ day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE